FILED
2013 Sep-03 PM 12:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **WILLIE C. HOLLIS,**             ) | |
|                                   ) | |
| **Plaintiff**      ) | |
|                                   ) | |
| vs.                               ) | Case No. 2:13-cv-00790-VEH |
|                                   ) | |
| **ALLSTATE INSURANCE**            ) | |
| **COMPANY,**                      ) | |
|                                   ) | |
| **Defendant**      ) | |

## MEMORANDUM OPINION

On August 7, 2013, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No objections have been filed by either the plaintiff or the defendant.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge that the Motion To Dismiss for Plaintiff's Failure To Prosecute and Comply with this Court's Order (Doc. 7) and Renewed Motion To Dismiss for Plaintiff's Failure To

Prosecute and Comply with this Court's Order (Doc. 9) be granted and this action dismissed with prejudice.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this 3rd day of September, 2013.

*[signature]*
**VIRGINIA EMERSON HOPKINS**
United States District Judge